UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CV-80342-Middlebrooks/White

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case No. _____

FILED by ___ D.C.
APR 0 8 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Jeremy Godwin      D.O.B. - 9-06-1979
    Plaintiff

V.

Ric Bradshaw
_____

    Defendants

A Complaint Under the Civil Rights Act, 42 U.S.C. § 1983

I. Parties
  A. Name of Plaintiff: Jeremy Godwin
     Inmate # 0229925
     Address Palm Beach County Jail PO Box 24716
     West Palm Beach Florida 33416

  B. Defendant: Ric Bradshaw
     is employed as Sherriff at Palm Beach County Dept. of Corrections
     at 3228 Gun Club Road, West Palm Beach FL 33406

  C. Additional Defendants: _____

Page 1 of 3

cat/div 1983/550/WPB
Case # _____
Judge _____ Mag. PAW
Motn Ifp Yes  Fee pd $ ∅
Receipt # _____

## II. Statement of Claim

Palm Beach County Jail is enforcing a "POSTCARD ONLY" Mail Policy for incoming NON-LEGAL mail which Prohibits Standard Rate envelopes containing handwritten letters, Family Photographs, or Holiday cards, Research material from the internet, and anything else that could be placed into a Standard Rate envelope by my Family or Friends and mailed to me to Read. This violates my First Amendment Rights as well as the Senders. This Policy is unconstitutional.

## III. Relief

I want the Court to grant Injunctive Relief.

## IV. Jury Demand — Do You Demand a Jury Trial? ☒ Yes ☐ No

Signed This 1st Day of April 2013.

_____
Signature of Plaintiff

I Declare under Penalty of Perjury that the Foregoing is True and Correct.

Executed on 04-01-2013

_____
Signature of Plaintiff